UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ZIDAR PATTERSON,

   Plaintiff,                                  CASE NO.:  1:19-CV-03137-ELR

-vs-

CLIENT SERVICES, INC.,

   Plaintiff.
_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff, ZIDAR PATTERSON, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, ZIDAR PATTERSON, and Defendant, CLIENT SERVICES, INC., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                        */s/ Octavio Gomez*_____
                                        OCTAVIO GOMEZ, ESQUIRE
                                        Georgia Bar No.: 617963
                                        MORGAN & MORGAN, TAMPA
                                        One Tampa City Center
                                        201 N. Franklin Street, Suite 700

Tampa, FL 33602
Telephone:  (813) 223-5505
Facsimile:   (813) 223-5402
TGomez@ForThePeople.com
LCrouch@ForThePeople.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on November 25, 2019, I electronically served the foregoing document on the following parties or their counsel of record:

Joseph C. Proulx, Esq.
GOLDEN SCAZ GAGAIN, PLLC
201 North Armenia Avenue
Tampa, FL  33609

*/s/ Octavio Gomez*
OCTAVIO GOMEZ, ESQUIRE
Georgia Bar No.: 617963
MORGAN & MORGAN, TAMPA
One Tampa City Center
201 N. Franklin Street, Suite 700
Tampa, FL 33602
Telephone:  (813) 223-5505
Facsimile:   (813) 223-5402
TGomez@ForThePeople.com
LCrouch@ForThePeople.com